MARIA M. LAMPASONA, State Bar No. 259675
lampasona@rankinlaw.com
DAMON M. THURSTON, State Bar No. 186861
thurston@rankinlaw.com
RANKIN, SHUEY, RANUCCI, MINTZ,
LAMPASONA & REYNOLDS
2030 Franklin Street, Sixth Floor
Oakland, CA 94612
Telephone Number: (510) 433-2600
Facsimile Numbers: (510) 433-2699 and (510) 452-3006

Attorneys for Defendant
SAN FRANCISCO COMMUNITY
COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARMEN LAMHA,<br><br>             Plaintiff,<br><br>v.<br><br>SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, AND DOES 1-25, inclusive,<br><br>             Defendants. | Case No.<br><br>**DEFENDANT SAN FRANCISCO COMMUNITY COLLEGE DISTRICT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(A) (FEDERAL QUESTION)**<br><br>Action Filed:    November 4, 2020<br>Trial Date:       None Set |

Defendant SAN FRANCISCO COMMUNITY COLLEGE DISTRICT) respectfully alleges as follows:

1. On November 4, 2020, an action was commenced in the Superior Court of the State of California in and for the County of San Francisco, entitled *Carmen Lamha v. San Francisco Community College District, and Does 1-25, inclusive*, case number CGC-20-587801 (the "State Court action"). A copy of the Complaint is attached hereto as Exhibit A.

2. The first date upon which Defendant San Francisco Community College District received a copy of the said Complaint was December 1, 2020, when Defendant was made aware

1
NOTICE OF REMOVAL TO FEDERAL COURT

of the filing of said Complaint. Defendant has not yet been served with the Complaint. A copy of the Summons and of a Notice to Plaintiff, which Defendant retrieved directly from the Superior Court of the State of California in and for the County of San Francisco, is attached hereto as Exhibit B. With Exhibit A, these documents make up the entirety of the case file for the State Court action at the Superior Court of the State of California in and for the County of San Francisco. This Notice of Removal is filed within 30 days after receipt by Defendant of a copy of the pleading setting forth the claim for relief upon which this action is based.

3. Defendant has not filed an Answer to Plaintiff's Complaint in the Superior Court of the State of California in and for the County of San Francisco at the time of this Removal.

4. Defendant San Francisco Community College District is the only named defendant in the State Court action, and therefore there are no other defendants required to join in this removal.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. section 1441(a) in that it arises under the Family Medical Leave Act, 29 U.S.C. section 2601.

6. Pursuant to 28 U.S.C. section 1367, this Court has supplemental jurisdiction over claims presenting non-federal questions so related to federal claims in the action that they form part of the same case or controversy in the Complaint. Specifically, "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367. All of Plaintiff's claims in this action are based on her allegations that she was discriminated and retaliated against under state and federal law while she was an employee of Defendant.

7. Because Plaintiff filed the State Court action in San Francisco County, the United States District Court for the Northern District of California is the appropriate venue for removal of the State Court Action because it is the "district and division embracing the place where such

action is pending." See 28 U.S.C. §§ 1441(a), 1391.

11. Accordingly, based on the foregoing, this Court has original and supplemental jurisdiction over the Complaint, and removal to this Court from the Superior Court of the State of California in and for the County of San Francisco is proper, pursuant to 28 U.S.C. sections 1331, 1336, and 1441, respectively.

12. Pursuant to 28 U.S.C. section 1446(d), Defendant will promptly provide written notice of removal of this action to Plaintiff and will promptly file a copy of this Notice of Removal with the Clerk of the San Francisco County Superior Court.

13. A copy of the Notice of Removal of Case to Federal Court that will be filed with the Superior Court of the State of California in and for the County of San Francisco (exhibits omitted) is attached hereto as Exhibit C.

WHEREFORE, Defendant prays that this action be removed to this Court.

Dated: December 30, 2020

RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS

By: /s/ *Maria M. Lampasona*
MARIA M. LAMPASONA
DAMON M. THURSTON
Attorneys for Defendant
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT