HOYER & HICKS
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
Eisha Perry (SBN 330621)
eperry@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA  94111
*tel* (415) 766-3539
*fax* (415) 276-1738

Attorneys for Plaintiff
CARMEN LAMHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN LAMHA,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, and DOES 1-25, inclusive,<br><br>　　　　　Defendant. | Case No. 20-cv-09428-SK<br><br>**STIPULATION TO REMAND REMOVED ACTION AND ORDER**<br><br>Judge: Hon. Sallie Kim |

　　　　Plaintiff CARMEN LAMHA ("Plaintiff") and Defendant SAN FRANCISCO COMMUNITY COLLEGE DISTRICT ("Defendant") (collectively, the "Parties") stipulate as follows:

　　　　WHEREAS, Plaintiff commenced an action in the Superior Court of California in and for the County of San Francisco on November 4, 2020, Case No. CGC-20-587801;

　　　　WHEREAS, Defendant invoked this Court's Federal Question and Supplemental jurisdiction over this case because of Plaintiff's one Federal cause of action in her original complaint and removed the above-mentioned case to this Court on December 30, 2020;

**STIPULATION TO REMAND REMOVED ACTION AND ORDER**

WHEREAS, Plaintiff filed a Notice of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), of her only Federal cause of action for Family Medical Leave Act Interference on January 20, 2021, and filed a First Amended Complaint, which contained no cause of action invoking Federal law on the same;

WHEREAS, this Court has been released of jurisdiction over this case at this time because the claims for relief in Plaintiff's operative complaint do not arise out of Federal law;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

Subject to the Court's approval, the parties agree this matter should be remanded to the Superior Court of California in and for the County of San Francisco. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this matter pursuant to this stipulation and order.

Date:  February 3, 2021                                         HOYER & HICKS

                                                                */s/ Ryan L. Hicks*
                                                                Ryan L. Hicks
                                                                Eisha Perry
                                                                Attorneys for Plaintiff
                                                                CARMEN LAMHA

Date:  February 3, 2021                                         RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS

                                                                */s/ Maria M. Lampasona*
                                                                Maria M. Lampasona
                                                                Damon M. Thurston
                                                                Attorneys for Defendant
                                                                SAN FRANCISCO COMMUNITY COLLEGE DISTRICT

**STIPULATION TO REMAND REMOVED ACTION AND ORDER**

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Eisha Perry, am the ECF user whose identification and password are being used to file the foregoing Joint Case Management Statement. I hereby attest that the above-referenced signatories to this document have concurred in the filing.

Date: February 3, 2021

*/s/ Eisha Perry*
Eisha Perry

**STIPULATION TO REMAND REMOVED ACTION AND ORDER**

**ORDER**

The Court, having reviewed the Parties' Stipulation to Remand the Removed Action, orders as follows:

1. The Parties' stipulation is approved;

2. The Northern District of California Case No. 3:20-cv-09428-SK, CARMEN LAMHA v. SAN FRANCISCO COMMUNITY COLLEGE DISTRICT and DOES 1-25, inclusive, is hereby remanded to the Superior Court of California in and for the County of San Francisco.

IT IS SO ORDERED

Date: February 4, 2021

*Sallie Kim*
Honorable Sallie Kim
United States District Magistrate Judge

**STIPULATION TO REMAND REMOVED ACTION AND ORDER**